**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ERIC NATHANIEL DRAPER**                                                  **PLAINTIFF**

**V.**                                                                      **NO. 4:16-CV-190-DMB-RP**

**MDOC–PARCHMAN FACILITY; et al.**                                      **DEFENDANTS**

**ORDER OF DISMISSAL**

On February 16, 2018, United States Magistrate Judge Roy Percy issued a Report and Recommendation recommending that this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) because of Draper's failure to prosecute and failure to comply with an order of the Court requiring him to keep the Court informed of his current address. Doc. #38. In light of such, the Report and Recommendation also recommends that the pending motions in this case be dismissed as moot. *Id*.

On February 16, 2018, the Report and Recommendation was mailed to Draper at his last known address but was returned as undeliverable on March 5, 2018.[1] Doc. #39. Considering such, the Court concludes that this case should be dismissed because of Draper's failure to prosecute and failure to keep the Court informed of his current address. Therefore:

1. The Report and Recommendation [38] is **ADOPTED** as the order of the Court.

2. The pending August 8, 2017, Report and Recommendation [19] is **REJECTED as moot**.

3. The pending motions [25][27] are **DENIED as moot**.

4. This case is **DISMISSED without prejudice**.

---

[1] The Court's orders of September 26, 2017, and October 4, 2017, were also returned as undeliverable. *See* Doc. #32; Doc. #35.

5. The Clerk of the Court is **DIRECTED** to close this case on the Court's docket.

**SO ORDERED**, this 6th day of March, 2018.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**